IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-233-CR





THOMAS MOORE,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 




FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT



NO. CR92-0389-A, HONORABLE JOHN E. SUTTON, JUDGE PRESIDING



 





PER CURIAM

 Appellant pleaded guilty to indecency with a child. Act of May 29, 1987, 70th
Leg., R.S., ch. 1028, § 1, 1987 Tex. Gen. Laws 3474 (Tex. Penal Code Ann. § 21.11, since
amended). The district court found that the evidence substantiated appellant's guilt but deferred
further proceedings and placed appellant on probation. On the State's motion, the court
subsequently proceeded to adjudicate appellant guilty and assessed punishment at imprisonment
for sixteen years. This appeal followed.

 Appellant's sole point of error is that the district court abused its discretion by
revoking his probation and adjudicating him guilty. The contention presents nothing for review. 
No appeal may be taken from the determination to proceed to adjudication. Tex. Code Crim.
Proc. Ann. art. 42.12, § 5(b) (West Supp. 1994); Olowosuko v. State, 826 S.W.2d 940, 942 (Tex.
Crim. App. 1992). After adjudication of guilt, all proceedings, including the appeal, continue as
if the adjudication of guilt had not been deferred. Art. 42.12, § 5(b).

 Appellant advances no point of error directed to the judgment of the district court. 
The judgment is accordingly affirmed.


Before Chief Justice Carroll, Justices Jones and Kidd

Affirmed

Filed: February 1, 1995

Do Not Publish